**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 99-10183
Summary Calendar

_____

VERNON L. SCHNEIDER,

Plaintiff-Appellant,

versus

LLOYD M. BENTSEN, Secretary, Department
of Treasury; NICHOLAS BRADY,

Defendants-Appellees.

_____

**Appeal from the United States District Court
for the Northern District of Texas
(3:97-CV-2783-X)**

_____

August 4, 1999

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

Vernon L. Schneider, *pro se*, appeals the dismissal of his employment discrimination claims arising out of the termination of his employment with the Internal Revenue Service, the denial of his motions for leave to amend his complaint, and the denial of his motion for reconsideration. Schneider contends that the district court erred by holding that his complaint was not timely filed and that he had not exhausted administrative remedies.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Pursuant to our review of the record and briefs, we conclude that the district court did not commit reversible error by dismissing the complaint, denying leave to amend, and denying reconsideration. Accordingly, the judgment and orders appealed from are **AFFIRMED**. (Schneider's motion for appointment of counsel is **DENIED**.)

*AFFIRMED*